IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

    vs.                  :  CASE NO. CR-1-02-157(07)

**WAYNE BENJAMIN,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                  GREGORY G. LOCKHART
                                  United States Attorney

                                  s/Deborah F. Sanders
                                  DEBORAH F. SANDERS  #0043575
                                  Assistant United States Attorney
                                  303 Marconi Blvd., Suite 200
                                  Columbus, Ohio 43215
                                  (614) 469-5715