IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR157-07 |
| WAYNE BENJAMIN ) | |
| ) | |

**ORDER TERMINATING PROBATION**

The above named defendant commenced a 36 month term of Probation on January 28, 2004. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2005

_____
The Honorable Susan J. Dlott,
United States District Judge